1  A. SASHA FRID (State Bar No. 216800)
2  sfrid@millerbarondess.com
   BENJAMIN A. GOLD (State Bar No. 267256)
3  bgold@millerbarondess.com
   MILLER BARONDESS, LLP
4  1999 Avenue of the Stars, Suite 1000
   Los Angeles, California 90067
5  Telephone:  (310) 552-4400
6  Facsimile:  (310) 552-8400

7  Attorneys for Plaintiffs UMG Recordings, Inc.; Capitol Records, LLC;
   Universal Music Corp.; Universal – Polygram International Publishing, Inc.;
8  Universal – Songs Of Polygram International, Inc.; Songs Of Universal,
   Inc.; Universal Music – Z Tunes LLC; Rondor Music International, Inc.;
9  Universal Music – MGB NA LLC; Universal Musica, Inc.

10

11              **UNITED STATES DISTRICT COURT**

              **CENTRAL DISTRICT OF CALIFORNIA**

12
13  UMG RECORDINGS, INC., a Delaware          **CASE NO.**
    corporation; CAPITOL RECORDS, LLC,
    a Delaware limited liability company;     CV 14  06613-AB (CWx)
14  UNIVERSAL MUSIC CORP., a                   **COMPLAINT FOR:**
    Delaware corporation; UNIVERSAL –
15  POLYGRAM INTERNATIONAL
16  PUBLISHING, INC., a Delaware
    corporation; UNIVERSAL – SONGS OF         1. COPYRIGHT INFRINGEMENT –
17  POLYGRAM INTERNATIONAL, INC.,                SOUND RECORDINGS
    a Delaware corporation; SONGS OF          2. COPYRIGHT INFRINGEMENT –
18  UNIVERSAL, INC., a California                MUSICAL COMPOSITIONS
    corporation; UNIVERSAL MUSIC – Z          3. VIOLATION OF CALIFORNIA
19  TUNES LLC, a New York limited                CIVIL CODE § 980(2)
20  liability company; RONDOR MUSIC           4. STATUTORY AND COMMON
    INTERNATIONAL, INC., a California             LAW UNFAIR COMPETITION
21  corporation; UNIVERSAL MUSIC –            5. COMMON LAW
22  MGB NA LLC, a California limited             MISAPPROPRIATION
    liability company; UNIVERSAL              6. CONVERSION
23  MUSICA, INC., a Florida corporation,
                Plaintiffs,                    **REQUEST FOR JURY TRIAL**
24
    v.
25
26  JE T'AIME LLC, a Georgia limited
    liability company; JE T'AIME MEDIA
27  GROUP INC, a Georgia corporation;
    GTM, Inc., a Georgia corporation; and
28  DOES 1 through 10.
                Defendants.

Court Name: U.S. District Court
Division: 2
Receipt Number: LA102006
Cashier ID: iveash
Transaction Date: 08/22/2014
Payer Name: LA Depositions

CIVIL FILING FEE
 For: LA Depositions
 Case/Party: D-CAC-2-14-CV-006613-001
 Amount:        $400.00

CHECK
 Check/Money Order Num: 4601
 Amt Tendered: $400.00

Total Due:        $400.00
Total Tendered: $400.00
Change Amt:        $0.00

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL (310) 552-4400  FAX (310) 552-8400

CONFORM

1
COMPLAINT

180204.7

1    Plaintiffs UMG Recordings, Inc., Capital Records, LLC, Universal Music

2  Corp., Universal – Polygram International Publishing, Inc., Universal – Songs Of

3  PolyGram International, Inc., Songs Of Universal, Inc., Universal Music – Z Tunes

4  LLC, Rondor Music International, Inc., Universal Music – MGB NA LLC, and

5  Universal Musica, Inc. ("Plaintiffs") allege as follows:

6                                   **INTRODUCTION**

7      1.      This is a cut-and-dry copyright infringement case arising out of

8  Defendants Je T'aime LLC, Je T'aime Media Group Inc., and GTM, Inc. (together,

9  "Defendants") television production activities.  Defendants engaged in copyright

10  infringement by reproducing, adapting, distributing, publicly performing, and

11  displaying over 200 of Plaintiffs' sound recordings and musical compositions, without

12  obtaining consent to do so.

13      2.      Plaintiffs are among the world's leading record companies and music

14  publishers, and own the rights to thousands of recordings and musical compositions,

15  including many of the most well-known and valuable sound recordings and musical

16  compositions in the world.  Plaintiffs incur tremendous expense in connection with the

17  creation and acquisition of such creative works and recoup their investment through

18  the sale and licensing of such works.

19      3.      Defendants created, produced, funded, and/or distributed a reality

20  television program entitled Master of the Mix (the "Show").  The Show is a musical

21  competition where several disc jockeys compete over several episodes to become

22  "Master of the Mix."

23      4.      On information and belief, non-parties Diageo, PLC and Diageo North

24  America, Inc. also helped create, produce, and launch the Show, and one of their

25  brands, Smirnoff vodka, sponsors and is prominently featured throughout the Show.

26  In addition to being crowned "Master of the Mix," the winner of the Show is awarded

27  $250,000 and is Smirnoff's official DJ for a year.

28  ///

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL (310) 552-4400  FAX (310) 552-8400

189294.7

5.     Plaintiffs' copyrighted works have been integral to the Show since its inception.  Indeed, during Seasons 1 and 2 of the Show, Defendants properly licensed numerous of Plaintiffs' sound recordings and musical compositions for use on the Show.

6.     Plaintiffs' copyrighted works again played an integral role during Season 3 of the Show.  During Season 3, Defendants exploited over 200 of Plaintiffs' sound recordings and musical compositions.  This time, however, Defendants failed to properly license any of the copyrighted or otherwise protected works they exploited.  Defendants' use of Plaintiffs' copyrighted works without obtaining the proper licenses was blatant infringement.

7.     Defendants are liable to Plaintiffs for their numerous violations of the Copyright Act through their unauthorized exploitation of Plaintiffs' copyrighted or otherwise protected works in connection with Season 3 of the Show.

## JURISDICTION AND VENUE

8.     This is a civil action seeking damages for copyright infringement under the Copyright Act, 17 U.S.C. § 101 *et seq.*, and under state law.

9.     This Court has subject matter jurisdiction over Plaintiffs' claims pursuant to 28 U.S.C. §§ 1338(a) and 1367.

10.     This Court has personal jurisdiction over Defendants, which do business in this judicial district; which distribute or authorize the broadcast of the Show in this state; which expect or reasonably should expect their infringing conduct to have consequences in California; and which conduct has caused injury to Plaintiffs in this state.

11.     Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b) and (c), and 1400(a).

///

///

///

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL (310) 552-4400   FAX (310) 552-8400

189294.7

# THE PARTIES

## The Record Company Plaintiffs

12.     Plaintiff UMG Recordings, Inc. is a corporation duly organized and existing under the laws of the state of Delaware, with its principal place of business in Los Angeles County, California, and is doing business in the state of California and in this judicial District.

13.     Plaintiff Capital Records, LLC is a limited liability company duly organized and existing under the laws of the state of Delaware, with its principal place of business in Los Angeles County, California, and is doing business in the state of California and in this judicial District.

14.     The foregoing Plaintiffs (the "Record Company Plaintiffs") are record companies engaged in the business of producing sound recordings and manufacturing, distributing, selling, and/or licensing the distribution and sale of their sound recordings in phonorecords (as defined in 17 U.S.C. § 101) in the United States.  The Record Company Plaintiffs are among the world's leading record companies, and own the rights to thousands of sound recordings, including many of the most well-known and valuable sound recordings in the world.  The Record Company Plaintiffs invest substantial sums of money, as well as time, effort, and creative talent to discover and develop recording artists, and to create, manufacture, advertise, promote, sell, and license phonorecords embodying the performances of their exclusive recording artists, many of whom live and/or work in the District.

15.     The Record Company Plaintiffs are the copyright owners of, or the owners of exclusive rights in, thousands of sound recordings, including but not limited to the sound recordings listed in **Exhibit A** (the "Copyrighted Recordings"), incorporated herein by reference.

16.     The Record Company Plaintiffs have obtained certificates of copyright registration in each of the Copyrighted Recordings, or have applied for such registration prior to filing suit.  As the owner of the copyrights or exclusive rights in

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

180204 7

the Copyrighted Recordings, the Record Company Plaintiffs possess the exclusive rights to license the Copyrighted Recordings for reproduction, distribute copies of the Copyrighted Recordings to the public, and to synchronize the Copyrighted Recordings on television programs.

17.    The Record Company Plaintiffs also possess exclusive ownership rights in sound recordings of musical performances that initially were "fixed" prior to February 15, 1972.  The Record Company Plaintiffs' catalog of pre-1972 recordings includes some of the most famous, popular, and valuable sound recordings in the world.  The pre-1972 recordings are the product of an enormous investment of time, effort, money, and creative talent in discovering and developing the recording artists and creating, manufacturing, advertising, promoting, selling, and licensing their sound recordings.  The Record Company Plaintiffs exploit their pre-1972 recordings in a number of ways, including by licensing them for synchronization in audiovisual works such as motion pictures, television programs, and music videos.

18.    Congress has expressly recognized that the states provide extensive protection through various state law doctrines to recordings "fixed" before February 15, 1972 and that the federal Copyright Act does not "annul[] or limit[]" those rights until February 15, 2067."  17 U.S.C. § 301(c).

19.    For more than 40 years, California has provided uninterrupted common law and statutory protection to the owners of pre-1972 recordings against those who exploit them without license or compensation.  The existence of a common law property right in pre-1972 recordings has been explicitly recognized by California courts since at least 1969.  In 1982, California amended its Civil Code to provide statutory protection for pre-1972 recordings: "[t]he author of an original work of authorship consisting of a sound recording initially fixed prior to February 15, 1972, has an exclusive ownership therein until February 15, 2047, as against all persons except one who independently makes or duplicates another sound recording that does not directly or indirectly recapture the actual sounds fixed in such prior sound

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

COMPLAINT

189794.7

1   recording, but consists entirely of an independent fixation of other sounds, even

2   though such sounds imitate or simulate the sounds contained in the prior sound

3   recording." Cal. Civ. Code § 980(a)(2).

4       20.    This broad protection afforded to pre-1972 recordings is consistent with

5   the recognition by California courts and the California legislature of critical, important

6   public policy interests in providing strong state law protection for sound recordings.

7   These interests include ensuring that record companies receive compensation from

8   their substantial expenditure of effort, skill, and money in selecting performing artists

9   and obtaining the exclusive right to record their performances, as well as ensuring that

10  owners of sound recordings possess powerful and appropriate remedies against those

11  who seek to unfairly appropriate and profit from such artistic performances.

12      21.    Among the pre-1972 recordings owned by the Record Company

13  Plaintiffs, and exploited by Defendants, are those identified in **Exhibit B** hereto (the

14  "Pre-1972 Recordings").

15              **The Music Publisher Plaintiffs**

16      22.    Plaintiff Universal Music Corp. is a corporation duly organized and

17  existing under the laws of the state of Delaware, with its principal place of business in

18  Los Angeles County, California, and is duly qualified to transact business in the state

19  of California and in this judicial District.

20      23.    Plaintiff Universal – Polygram International Publishing, Inc. is a

21  corporation duly organized and existing under the laws of the state of Delaware, with

22  its principal place of business in Los Angeles County, California, and is duly qualified

23  to transact business in the state of California and in this judicial District.

24      24.    Plaintiff Universal – Songs Of PolyGram International, Inc. is a

25  corporation duly organized and existing under the laws of the state of Delaware, with

26  its principal place of business in Los Angeles County, California, and is duly qualified

27  to transact business in the state of California and in this judicial District.

28  ///

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL:(310) 552-4400  FAX:(310) 552-8400

189294.7

25.     Plaintiff Songs Of Universal, Inc. is a corporation duly organized and existing under the laws of the state of California, with its principal place of business in Los Angeles County, California, and is duly qualified to transact business in the state of California and in this judicial District.

26.     Plaintiff Universal Music – Z Tunes LLC (including d/b/a Universal Music – Z Songs) is a Limited Liability Company duly organized and existing under the laws of the state of New York, with its principal place of business in Los Angeles County, California, and is duly qualified to transact business in the state of California and in this judicial District.

27.     Plaintiff Rondor Music International, Inc. (including d/b/a Irving Music Inc. and Almo Music Corp.) is a corporation duly organized and existing under the laws of the state of California, with its principal place of business in Los Angeles County, California, and is duly qualified to transact business in the state of California and in this judicial District.

28.     Plaintiff Universal Music – MGB NA LLC (including d/b/a Universal Music – Careers and Universal Music – MGB Songs) is a Limited Liability Company duly organized and existing under the laws of the state of California, with its principal place of business in Los Angeles County, California, and is duly qualified to transact business in the state of California and in this judicial District.

29.     Plaintiff Universal Musica, Inc. is a corporation duly organized and existing under the laws of the state of Florida, with its principal place of business in Los Angeles County, California, and is duly qualified to transact business in the state of California and in this judicial District.

30.     The foregoing Plaintiffs (the "Music Publisher Plaintiffs") are music publishing companies engaged in the acquisition, ownership, administration, and exploitation of musical compositions.  The Music Publisher Plaintiffs are among the world's leading music publishing companies, and own or control the rights to thousands of musical compositions, including many of the most well-known and

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

1  valuable musical compositions in the world.  The Music Publisher Plaintiffs invest

2  substantial sums of money, as well as time, effort, and creative talent, to acquire,

3  administer, license, and otherwise exploit copyrights in musical compositions, on their

4  own behalf and on behalf of songwriters, many of whom live and/or work in the

5  District.

6       31.    The Music Publisher Plaintiffs are the copyright owners and/or the

7  owners of exclusive rights under copyright with respect to certain musical

8  compositions, including but not limited to the musical compositions listed in

9  **Exhibit C** (the "Copyrighted Compositions"), incorporated herein by reference.

10       32.    The Music Publisher Plaintiffs have obtained certificates of copyright

11  registration in each of the Copyrighted Compositions, or have applied for such

12  registration prior to filing suit.  As the owner of the copyrights or exclusive rights in

13  the Copyrighted Compositions, the Music Publisher Plaintiffs possess the exclusive

14  rights to license the Copyrighted Compositions for reproduction, distribute copies of

15  the Copyrighted Compositions to the public, and to synchronize the Copyrighted

16  Compositions on television programs.

17       **Defendants**

18       33.    Defendant Je T'aime LLC is a Georgia limited liability company.

19       34.    Defendant Je T'aime Media Group Inc. is a corporation duly organized

20  and existing under the laws of Georgia.

21       35.    Defendant GTM, Inc. is a corporation duly organized and existing under

22  the laws of Georgia.

23       36.    The true names and capacities, whether individual, corporate, associate,

24  or otherwise, of all defendants sued herein as Does 1 through 10 (the "Doe

25  Defendants"), are unknown to Plaintiffs, who therefore sue such defendants by such

26  fictitious names.  If necessary, Plaintiffs will seek leave of Court to amend this

27  Complaint to state their true names and capacities when the same have been

28  ascertained.  Plaintiffs are informed and believe, and on that basis aver, that the Doe

180204 7

Defendants direct, control, ratify, participate in, materially contribute to, profit from, induce, encourage, and/or facilitate the violations of Plaintiffs' copyrights and rights under state law complained of herein or are otherwise liable to Plaintiffs as a result of their participating in all or some of the acts hereinafter set forth.

37.     Plaintiffs are informed and believe and on that basis allege that at all times mentioned in the Complaint, each of the Defendants was the agent of the other Defendants and, in doing the things alleged in the Complaint, was acting within the course and scope of such agency.

## FACTS

38.     The Show is a reality television series that features disc jockeys competing to become "Master of the Mix" and win a featured sponsorship valued at $250,000.  There have been three seasons of the Show.  Season 3 of the Show featured ten episodes and aired on VH1, which is received by tens of millions of American households.

39.     Plaintiffs' copyrighted sound recordings and compositions have been an integral part of the Show since the Show's inception.  The Show—which is a music competition—relied on the use of popular musical compositions and recordings, many of which are owned or controlled by Plaintiffs.  The Show routinely featured its competitors performing Plaintiffs' copyrighted works.  In fact, Plaintiffs' copyrighted works accounted for the largest proportion of music featured during Season 3 of the Show and all ten episodes featured multiple of Plaintiffs' copyrighted works.  In total, at least 93 musical compositions and at least 115 sound recordings that were owned or controlled by Plaintiffs were used during Season 3 of the Show.  Plaintiffs' copyrighted works are fundamental to the production and success of the Show.

40.     Defendants sought and paid Plaintiffs for licenses in connection with the numerous copyrighted or otherwise protected compositions and recordings that Defendants utilized during Seasons 1 and 2 of the Show.

///

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000 LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

189204.7

41.     However, Defendants failed to obtain licenses for over 200 of Plaintiffs' sound recordings and musical compositions that Defendants utilized during Season 3 of the Show.

42.     Defendants' unauthorized reproduction, adaptation, distribution, public performance, and display of Plaintiffs' copyrighted and otherwise protected sound recordings and musical compositions in connection with Season 3 of the Show, was a violation of the copyright laws.

## FIRST CAUSE OF ACTION

(Copyright Infringement – Sound Recordings)

(By the Record Company Plaintiffs Against All Defendants)

43.     The Record Company Plaintiffs incorporate by this reference each and every averment contained in paragraphs 1 through 42 inclusive.

44.     The Record Company Plaintiffs own or control the exclusive rights to the copyrights in the sound recordings listed in **Exhibit A**, among many other sound recordings that the Record Company Plaintiffs own.

45.     In accordance with the Copyright Act, the Record Company Plaintiffs, their predecessors in interest, or their licensors, have registered the copyrights to the sound recordings listed in **Exhibit A** with the Copyright Office of the United States, or have applied for such registration prior to filing suit.

46.     Defendants have infringed the Record Company Plaintiffs' copyrights by reproducing, adapting, distributing, and publicly performing and displaying their copyrighted recordings without authorization in violation of the Record Company Plaintiffs' exclusive rights pursuant to the Copyright Act, 17 U.S.C. §§ 106 and 501. *See* **Exhibit A**.  Additionally, upon information and belief, Defendants have reproduced, adapted, distributed, and publicly performed and displayed additional sound recordings without the Record Company Plaintiffs' authorization and the Record Company Plaintiffs reserve the right to amend the Complaint to add additional claims.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

189204.7

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

47.    Defendants have, without permission, reproduced, adapted, distributed, and publicly performed and displayed at least 106 separate copyrighted sound recordings owned or controlled by the Record Company Plaintiffs in connection with Season 3 of the Show, which originally aired on VH1 between April and June 2013.

48.    Defendants have infringed on the Record Company Plaintiffs' exclusive rights to the sound recordings pursuant to 17 U.S.C. § 106.

49.    Defendants' infringement of the Record Company Plaintiffs' copyrights was willful.  As a direct and proximate result of the infringements by Defendants, the Record Company Plaintiffs are entitled to the maximum statutory damages of $150,000 for each copyright infringed, or in such other amount as may be proper under 17 U.S.C. § 504.  Alternatively, the Record Company Plaintiffs are entitled to compensatory damages, including but not limited to Defendants' profits attributable to the infringement.

50.    The Record Company Plaintiffs are entitled to their attorneys' fees and full costs pursuant to 17 U.S.C. § 505.

51.    Defendants' conduct is causing, and unless enjoined, will continue to cause, the Record Company Plaintiffs irreparable injury that cannot be fully compensated or measured through money damages.  The Record Company Plaintiffs have no adequate remedy at law.  The Record Company Plaintiffs are entitled to a temporary and final injunction to prevent further infringements of the Record Company Plaintiffs' copyrights and exclusive rights.

## SECOND CAUSE OF ACTION

(Copyright Infringement – Musical Compositions)

(By the Music Publisher Plaintiffs Against All Defendants)

52.    The Music Publisher Plaintiffs incorporate by this reference each and every averment contained in paragraphs 1 through 42 inclusive.

///

///

189294 7

53.     The Music Publisher Plaintiffs own or control the exclusive rights to the copyrights in the musical compositions identified in the list attached hereto as **Exhibit C**.

54.     In accordance with the Copyright Act, the Music Publisher Plaintiffs, their predecessors in interest, or their licensors have registered the copyrights to the sound recordings listed in **Exhibit C** with the Copyright Office of the United States.

55.     Defendants have infringed the Music Publisher Plaintiffs' copyrights in the musical compositions reflected in **Exhibit C** by reproducing, adapting, distributing, and publicly performing and displaying the Copyrighted Recordings without authorization in violation of Music Publisher Plaintiffs' exclusive rights pursuant to the Copyright Act, 17 U.S.C. §§ 106 and 501.

56.     Defendants have, without permission, reproduced, distributed and publicly performed at least 93 separate copyrighted musical compositions owned or controlled by the Music Publisher Plaintiffs in connection with Season 3 of the Show.

57.     Defendants have infringed on the Music Publisher Plaintiffs' exclusive rights to the musical compositions pursuant to 17 U.S.C. §§ 106.

58.     Defendants' infringement of the Music Publisher Plaintiffs' copyrights was willful.  As a direct and proximate result of the infringements by Defendants, the Music Publisher Plaintiffs are entitled to the maximum statutory damages of $150,000 for each copyright infringed, or in such other amount as may be proper under 17 U.S.C. § 504.  Alternatively, the Music Company Plaintiffs are entitled to compensatory damages, including but not limited to Defendants' profits attributable to the infringement.

59.     The Music Publisher Plaintiffs are also entitled to their attorneys' fees and full costs pursuant to 17 U.S.C. § 505.

60.     Defendants' conduct is causing, and unless enjoined, will continue to cause, the Music Publisher Plaintiffs irreparable injury that cannot be fully compensated or measured through money damages.  The Music Publisher Plaintiffs

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

189294.7

have no adequate remedy at law.  The Music Publisher Plaintiffs are entitled to a temporary and final injunction to prevent further infringements of the Music Company Plaintiffs' copyrights and exclusive rights.

### THIRD CAUSE OF ACTION

(Violation of California Civil Code Section 980(a)(2))

(Against all Defendants)

61.     Plaintiffs incorporate by this reference each and every averment contained in paragraphs 1 through 60 inclusive.

62.     Plaintiffs possess exclusive ownership interests in and to the Pre-1972 Recordings, including pursuant to California Civil Code § 980(a)(2), which provides: "The author of an original work of authorship consisting of a sound recording initially fixed prior to February 15, 1972, has an exclusive ownership therein until February 15, 2047 . . ."  Therefore, as owners of the Pre-1972 Recordings, Plaintiffs have all of the exclusive rights to exploit those recordings, including but not limited to the rights to manufacture, copy, sell, distribute, broadcast, and publicly perform the Pre-1972 Recordings.

63.     Plaintiffs have not authorized Defendants to publicly perform, reproduce, broadcast, or otherwise exploit the Pre-1972 Recordings in connection with Season 3 of the Show.  Defendants did not have the right to exploit the Pre-1972 Recordings and did not compensate Plaintiffs for Defendants' exploitation of the Pre-1972 Recordings.

64.     Through their conduct, Defendants have violated Plaintiffs' exclusive ownership interests in and to the Pre-1972 Recordings, including but not limited to those identified in **Exhibit B**.

65.     As a direct and proximate result of Defendants' conduct in violation of Plaintiffs' exclusive ownership interests in the Pre-1972 Recordings, Defendants have received proceeds and Plaintiffs have been damaged in an amount to be proven at trial.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL (310) 552-4400   FAX (310) 552-8400

189294.7

66.     Defendants' conduct is causing, and unless enjoined, will continue to cause, Plaintiffs great and irreparable injury that cannot fully be compensated or measured in money damages.  Plaintiffs have no adequate remedy at law.  Plaintiffs are entitled to preliminary and permanent injunctions prohibiting further violation of Plaintiffs' exclusive ownership rights in their Pre-1972 Recordings pursuant to Section 980(a)(2).

## FOURTH CAUSE OF ACTION

(Statutory and Common Law Unfair Competition)

(Against all Defendants)

67.     Plaintiffs incorporate by this reference each and every averment contained in paragraphs 1 through 66 inclusive.

68.     The acts and conduct of Defendants constitute an appropriation and invasion of the property rights of Plaintiffs in the Pre-1972 Recordings, and constitute unfair competition under California Business & Professions Code § 17200 and under the common law.

69.     As a direct and proximate result of Defendants' conduct, Plaintiffs are entitled to recover all proceeds and other compensation received, or to be received, by Defendants arising from the infringements of the Pre-1972 Recordings.

70.     As a direct and proximate result of Defendants' unfair competition, Plaintiffs have been damaged, and Defendants have been unjustly enriched, in an amount to be proven at trial, for which damages and/or restitution and disgorgement is appropriate.  Such damages should include a declaration by this Court that Defendants are constructive trustees for the benefit of Plaintiffs, and an order that Defendants convey to Plaintiffs the gross receipts received, or to be received, that are attributable to infringement of the Pre-1972 Recordings.

71.     Defendants' conduct is causing, and unless enjoined, will continue to cause, Plaintiffs great and irreparable injury that cannot fully be compensated or measured in money damages.  Plaintiffs have no adequate remedy at law.  Pursuant to

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL (310) 552-4400   FAX (310) 552-8400

189294.7

California Business & Professions Code § 17203, Plaintiffs are entitled to preliminary and permanent injunctions prohibiting further acts and unfair competition.

## FIFTH CAUSE OF ACTION

(Common Law Misappropriation)

(Against all Defendants)

72.     Plaintiffs incorporate by this reference each and every averment contained in paragraphs 1 through 71 inclusive.

73.     Through their conduct alleged herein, Defendants have misappropriated Plaintiffs' intangible rights, property, skill, and labor in the Pre-1972 Recordings, in violation of Plaintiffs' rights in such recordings, including those identified in **Exhibit B**, to Plaintiffs' harm and detriment.

74.     As a direct and proximate result of Defendants' conduct in violation of Plaintiffs' exclusive rights in and to the Pre-1972 Recordings, Defendants have received proceeds and Plaintiffs have been damaged in an amount to be proven at trial.

75.     Defendants' conduct is causing, and unless enjoined, will continue to cause, Plaintiffs great and irreparable injury that cannot fully be compensated or measured in money damages.  Plaintiffs have no adequate remedy at law.  Plaintiffs are entitled to preliminary and permanent injunctions prohibiting further violation of Plaintiffs' exclusive common law rights in the Pre-1972 Recordings.

## SIXTH CAUSE OF ACTION

(Conversion)

(Against all Defendants)

76.     Plaintiffs incorporate by this reference each and every averment contained in paragraphs 1 through 75 inclusive.

77.     Plaintiffs are, and at all relevant times were, the exclusive owners of all right, title, and interest in and to the Pre-1972 Recordings.  Plaintiffs' rights in the Pre-1972 Recordings constitute intangible property.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

COMPLAINT

189294.7

78.     By the acts and conduct alleged herein, Defendants have exercised dominion or control over the Pre-1972 Recordings and have applied Plaintiffs' property to their own use and benefit, without license or consent, and converted Plaintiffs' property rights in the Pre-1972 Recordings, including but not limited to those identified in **Exhibit B**.

79.     As a direct and proximate result of Defendants' acts of conversion, Plaintiffs have been damaged, and Defendants have been unjustly enriched, in an amount to be proven at trial, for which damages and/or restitution and disgorgement of Defendants' gross receipts is appropriate.

80.     Defendants' conduct is causing, and unless enjoined, will continue to cause, Plaintiffs great and irreparable injury that cannot fully be compensated or measured in money damages.  Plaintiffs have no adequate remedy at law.  Plaintiffs are entitled to preliminary and permanent injunctions prohibiting further acts of conversion.

WHEREFORE, Plaintiffs pray for judgment against Defendants, and each of them, jointly and severally as follows:

On the First and Second Causes of Action for:

(a)     The maximum statutory damages in the amount of $150,000 with respect to each copyrighted work infringed, or for such other amount as may be proper pursuant to 17 U.S.C. § 504(c), or, in the alternative, for an award of Defendants' profits and for compensatory damages according for proof; and

(b)     Plaintiffs' attorneys' fees and full costs.

On the Third, Fourth, Fifth and Sixth Causes of Action for:

(a)     Imposition of a constructive trust;

///

///

///

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

189294.7

(b)     Restitution of Defendants' unlawful proceeds, including gross profits attributable to the unauthorized use of Plaintiffs' Pre-1972 Recordings;

(c)     Punitive damages in such amount as may be awarded at trial;

(d)     An Accounting; and

(e)     Damages according to proof.

On all Causes of Action:

(a)     Prejudgment interest according to law;

(b)     A temporary and final injunction to prevent further infringements of Plaintiffs' copyrights and exclusive ownership interests; and

(c)     Such other and further relief as this Court may deem just and proper.

DATED:  August 22, 2014

Respectfully submitted,

MILLER BARONDESS, LLP

By: _____

A. SASHA FRID
BENJAMIN A. GOLD
Attorneys for Plaintiffs UMG
Recordings, Inc.; Capitol Records, LLC;
Universal Music Corp.; Universal –
Polygram International Publishing, Inc.;
Universal – Songs Of Polygram
International, Inc.; Songs Of Universal,
Inc.; Universal Music – Z Tunes LLC;
Rondor Music International, Inc.;
Universal Music – MGB NA LLC;
Universal Musica, Inc.

189294.7

# JURY DEMAND

Plaintiffs hereby demand trial by jury on all issues triable to a jury.

DATED:  August 22, 2014

Respectfully submitted,

MILLER BARONDESS, LLP

By: _____

A. SASHA FRID
BENJAMIN A. GOLD
Attorneys for Plaintiffs UMG
Recordings, Inc.; Capitol Records, LLC;
Universal Music Corp.; Universal –
Polygram International Publishing, Inc.;
Universal – Songs Of Polygram
International, Inc.; Songs Of Universal,
Inc.; Universal Music – Z Tunes LLC;
Rondor Music International, Inc.;
Universal Music – MGB NA LLC;
Universal Musica, Inc.

# EXHIBIT "A"

93719.1

Exhibit A
Sound Recordings

| No. | Artist | Song and/or Album | Copyright Reg. No. | Plaintiff |
|-----|--------|-------------------|--------------------|-----------|
| 1. | 2 Chainz | I'm Different | SR 706-415 | UMG Recordings, Inc. |
| 2. | 2 Chainz (featuring Kanye West | Birthday Song | SR 706-416 | UMG Recordings, Inc. |
| 3. | Ace Hood | Hustle Hard | SR 674-482 | UMG Recordings, Inc. |
| 4. | Arrested Development | People Everyday | SR 143-502 | UMG Recordings, Inc. |
| 5. | Avicii | Levels | SR 698-482 | UMG Recordings, Inc. |
| 6. | Azealia Banks (featuring Lazy Jay) | 212 (Radio Version) | SR 732-922 | UMG Recordings, Inc. |
| 7. | Beastie Boys | Sabotage | SR 213-461 | Capitol Records, LLC. |
| 8. | Big Boi (featuring Cutty) | Shutterbug | SR 664-928 | UMG Recordings, Inc. |
| 9. | Big Boi (featuring Yelawolf) | You Ain't No DJ | SR 663-150 | UMG Recordings, Inc. |
| 10. | Big Sean (featuring Kanye West & Roscoe Dash) | Marvin & Chardonnay | SR 678-630 | UMG Recordings, Inc. |
| 11. | Black Eyed Peas | Rock That Body | SR 633-584 / SR 412-278 (correction) | UMG Recordings, Inc. |
| 12. | Black Eyed Peas | The Time (Dirty Bit) | SR 717-504 | UMG Recordings, Inc. |
| 13. | Black Eyed Peas | Boom Boom Pow | SR 625-827 / SR 412-277 (correction) | UMG Recordings, Inc. |
| 14. | Black Eyed Peas | I Gotta Feeling | SR 633-584/ SR 412-278 (correction) | UMG Recordings, Inc. |
| 15. | Black Eyed Peas | Imma Be | SR 635-585 / SR 412-274 (correction) | UMG Recordings, Inc. |
| 16. | Black Sheep | The Choice is Yours | SR 307-061 | UMG Recordings, Inc. |
| 17. | Bob Marley | Could You Be Loved | SR 19-502 / SR 20-594 | UMG Recordings, Inc. |
| 18. | Capleton | Tour | SR 169-329 | UMG Recordings, Inc. |
| 19. | Carly Rae Jepsen | Call Me Maybe | SR 693-123 | UMG Recordings, Inc. |
| 20. | Chief Keef featuring Lil Reese | I Don't Like | SR 705-068 | UMG Recordings, Inc. |

Page 1 of 6

Exhibit A
Sound Recordings

| No. | Artist | Song and/or Album | Copyright Reg. No. | Plaintiff |
|---|---|---|---|---|
| 21. | Crazy Frog | Popcorn | SR 380-732 | UMG Recordings, Inc. |
| 22. | Diamond & the Psychotic Neurotics | Sally Got a One Track Mind | Pending | UMG Recordings, Inc. |
| 23. | DJ Kool | Let Me Clear My Throat | SR 231-195 | UMG Recordings, Inc. |
| 24. | DJ Shadow | Organ Donor | Pending | UMG Recordings, Inc. |
| 25. | Drake | Over | SR 647-953 | UMG Recordings, Inc. |
| 26. | Drake featuring Lil Wayne | HYFR (Hell Ya F**ing Right) | SR 689-350 | UMG Recordings, Inc. |
| 27. | EPMD | So Whatcha Sayin | SR 110-689 | UMG Recordings, Inc. |
| 28. | Eric B & Rakim | Microphone Fiend | SR 93-361 | UMG Recordings, Inc. |
| 29. | Eric B & Rakim | Don't Sweat the Technique | SR 143-405 | UMG Recordings, Inc.. |
| 30. | Eric Prydz | Call on Me | SR 700-788 | UMG Recordings, Inc. |
| 31. | Erykah Badu | Bag Lady | SR 269-910 | UMG Recordings, Inc. |
| 32. | Florence & The Machine | Spectrum | SR 687-601 | UMG Recordings, Inc. |
| 33. | Florence & The Machine | Drumming Song | SR 645-045 | UMG Recordings, Inc. |
| 34. | Gloria Gaynor | I Will Survive | SR 4-043 | UMG Recordings, Inc. |
| 35. | Grover Washington Jr. | Mister Magic | N 24249 | UMG Recordings, Inc. |
| 36. | Gwen Stefani | Crash | SR 364-759 | UMG Recordings, Inc. |
| 37. | Gwen Stefani | Hollaback Girl | SR 364-759 | UMG Recordings, Inc. |
| 38. | Havana Brown | We Run The Night | SR 695-704 | UMG Recordings, Inc. |
| 39. | Heavy D & the Boyz | Now That We Found Love | SR 412-269 | UMG Recordings, Inc. |
| 40. | Ice Cube | Check Yo Self | SR 169-617 | UMG Recordings, Inc. |
| 41. | Ja Rule | Between Me and You | SR 293-536 | UMG Recordings, Inc. |
| 42. | Jadakiss | The Champ is Here | Pending | UMG Recordings, Inc. |

Page 2 of 6

Exhibit A
Sound Recordings

| No. | Artist | Song and/or Album | Copyright Reg. No. | Plaintiff |
|-----|--------|-------------------|--------------------|-----------|
| 43. | James Brown | The Payback | N 11869 – RE 860069 | UMG Recordings, Inc. |
| 44. | James Brown | Get Up Offa That Thing | N 32495 / RE 908489 | UMG Recordings, Inc. |
| 45. | Jessie J | Domino | SR 684-339 | UMG Recordings, Inc. |
| 46. | Joe Budden | Pump it Up | SR 332-596 | UMG Recordings, Inc. |
| 47. | Jurassic 5 | Break | SR 314-615 | UMG Recordings, Inc. |
| 48. | Kanye West (featuring Big Sean, Pusha T, 2 Chainz) | Mercy | SR 699-408 | UMG Recordings, Inc. |
| 49. | Kanye West (featuring Nicki Minaj) | Dark Fantasy | SR 683-430 | UMG Recordings, Inc. |
| 50. | Keri Hilson | Pretty Girl Rock | SR 668-316 | UMG Recordings, Inc. |
| 51. | Keyshia Cole (featuring Missy Elliott & Lil Kim) | Let it Go | SR 408-737 | UMG Recordings, Inc. |
| 52. | Kid Cudi (featuring MGMT & Ratatat) | Pursuit of Happiness (Nightmare) | SR 637-685 | UMG Recordings, Inc. |
| 53. | Kurtis Blow | The Breaks | SR 56-030 | UMG Recordings, Inc. |
| 54. | La Roux | Bulletproof | SR 628-226 | UMG Recordings, Inc. |
| 55. | Lil Wayne | No Worries | SR 708-071 | UMG Recordings, Inc. |
| 56. | LL Cool J | Rock the Bells | SR 70-045 | UMG Recordings, Inc. |
| 57. | LL Cool J | The Boomin' System | Pending | UMG Recordings, Inc. |
| 58. | Lloyd Banks | Hands Up | SR 412-370 | UMG Recordings, Inc. |
| 59. | LMFAO | I'm in Miami Trick | SR 621-810 | UMG Recordings, Inc. |
| 60. | LMFAO (featuring Lauren Bennett and Goo Goo Dolls) | Party Rock Anthem | SR 680-872 | UMG Recordings, Inc. |
| 61. | LMFAO | Shots | SR 641-967 | UMG Recordings, Inc. |
| 62. | Lyn Collins | Think About It (as sampled in "It Takes Two" by Rob | N 942 / RE 852198 | UMG Recordings, Inc. |

Page 3 of 6

Exhibit A
Sound Recordings

| No. | Artist | Song and/or Album | Copyright Reg. No. | Plaintiff |
|---|---|---|---|---|
| | | Base as sampled in "Rock That Body" by Black Eyed Peas) | | |
| 63. | Marvin Gaye | I Want You | N 30657 / RE 908401 | UMG Recordings, Inc. |
| 64. | Mary J. Blige | Real Love | SR 149-212 | UMG Recordings, Inc. |
| 65. | Mary J. Blige | The One | SR 636-307 | UMG Recordings, Inc. |
| 66. | Melanie Fiona | 4AM | SR 687-112 | UMG Recordings, Inc. |
| 67. | Memphis Bleek (featuring Jay-Z) | Do My… | SR 267-365 | UMG Recordings, Inc. |
| 68. | Method Man | Bring the Pain | Pending | UMG Recordings, Inc. |
| 69. | Mims | This is Why I'm Hot | SR 401-208 | Capitol Records, LLC |
| 70. | Montell Jordan | This is How We Do It | SR 710-477 | UMG Recordings, Inc. |
| 71. | N.E.R.D. | Everyone Nose (All the Girls Standing in the Line for the Bathroom) | SR 613-607 | UMG Recordings, Inc. |
| 72. | Nas (featuring Will.I.Am.) | Hip Hop is Dead | SR 401-244 | UMG Recordings, Inc. |
| 73. | Nicki Minaj | Pound the Alarm | SR 698-591 | UMG Recordings, Inc. |
| 74. | Nightcrawlers | Push the Feeling On | SR 183-309 | UMG Recordings, Inc. |
| 75. | Nirvana | In Bloom | SR 135-335 | UMG Recordings, Inc. |
| 76. | Nirvana | Smells Like Teen Spirit | SR 134-601 | UMG Recordings, Inc. |
| 77. | Nirvana | Lithium | SR 135-335 | UMG Recordings, Inc. |
| 78. | OneRepublic | Good Life | SR 643-258 | UMG Recordings, Inc. |
| 79. | Onyx | Slam | SR 739-262 | UMG Recordings, Inc. |
| 80. | Public Enemy | Show 'Em Whatcha got | SR 99-400 | UMG Recordings, Inc. |
| 81. | Rick Ross | Hustlin | SR 394-155 | UMG Recordings, Inc. |

Page 4 of 6

Exhibit A
Sound Recordings

| No. | Artist | Song and/or Album | Copyright Reg. No. | Plaintiff |
|---|---|---|---|---|
| 82. | Rick Ross (featuring Styles P) | B.M.F. (Blowin' Money Fast) | SR 656-701 | UMG Recordings, Inc. |
| 83. | Salt-N-Pepa | Push It | SR 94-339 | UMG Recordings, Inc. |
| 84. | Showbiz & A.G. | Party Groove | SR 145-806 | UMG Recordings, Inc. |
| 85. | Showbiz & A.G. | Soul Clap | SR 145-806 | UMG Recordings, Inc. |
| 86. | Sir-Mix-A-Lot | Possee on Broadway | SR 130-138 | UMG Recordings, Inc. |
| 87. | Sir-Mix-A-Lot | Buttermilk Biscuits (Keep on Square Dancin') | SR 130-138 | UMG Recordings, Inc. |
| 88. | Sir-Mix-A-Lot | Baby Got Back | SR 139-011 | UMG Recordings, Inc. |
| 89. | Slick Rick | Children's Story | SR 99-931 | UMG Recordings, Inc. |
| 90. | Swedish House Mafia | Miami 2 Ibizia | SR 680-994 | UMG Recordings, Inc. |
| 91. | Taio Cruz | Dynamite | SR 656-945 | UMG Recordings, Inc. |
| 92. | Technotronic | Pump Up The Jam | SR 111-258 | UMG Recordings, Inc. |
| 93. | Technotronic | Get Up (Before the Night is Over) | SR 124-545 | UMG Recordings, Inc. |
| 94. | The Game | California Vacation | SR 395-249 | UMG Recordings, Inc. |
| 95. | The JB's | Pass the Peas | N 1384 / RE 852-227 SR 284-422 | UMG Recordings, Inc. |
| 96. | The Pliers | Bam Bam | SR 190-607 | UMG Recordings, Inc. |
| 97. | The Roots (featuring Nelly Furtado) | Sacrifice | SR 314-538 | UMG Recordings, Inc. |
| 98. | Trinidad James | All Gold Everything | SR 717-804 | UMG Recordings, Inc. |
| 99. | Tyga | Make It Nasty | SR 694-847 | UMG Recordings, Inc. |
| 100. | Tyga | Rack City | SR 690-018 | UMG Recordings, Inc. |
| 101. | Vanilla Ice | Ice Ice Baby | SR 125-259 | UMG Recordings, Inc. |
| 102. | Wale | Pretty Girls | SR 642-016 | UMG Recordings, Inc. |

Page 5 of 6

Exhibit A
Sound Recordings

| No. | Artist | Song and/or Album | Copyright Reg. No. | Plaintiff |
|---|---|---|---|---|
| 103. | Warren G | Regulate | SR 629-800 | UMG Recordings, Inc. |
| 104. | Wreckx-N-Effect | Rump Shaker | SR 144-921 | UMG Recordings, Inc. |
| 105. | Yeah Yeah Yeahs | Heads Will Roll | SR 629-251 | UMG Recordings, Inc. |
| 106. | Yelawolf (featuring Kid Rock) | Let's Roll | SR 689-611 | UMG Recordings, Inc. |

Page 6 of 6

189505.3

EXHIBIT A, Page 23

# EXHIBIT "B"

93719.1

Exhibit B
Pre-1972 Sound Recordings

| No. | Artist | Song and/or Album |
|---|---|---|
| 1. | Etta James (sampled in Levels by Avicii) | Something's Got a Hold on Me |
| 2. | Jackson 5 | ABC |
| 3. | Jackson 5 | I Want You Back |
| 4. | James Brown | Soul Power (Part 1) |
| 5. | James Brown | Funky Drummer |
| 6. | James Brown | I Got You (I Feel Good) |
| 7. | Kool & the Gang | Soul Vibrations |
| 8. | Marvin Gaye & Tammi Terrell | Ain't No Mountain High Enough |
| 9. | The Temptations | My Girl |

189524.1

EXHIBIT B, Page 24

# EXHIBIT "C"

93719.1

Exhibit C
Musical Compositions

| No. | Artist | Song | Copyright Reg. No. |
|---|---|---|---|
| 1. | 2 Chainz | Birthday Song | PA0001833562 |
| 2. | A Tribe Called Quest | Scenario | PA0000900344 |
| 3. | A Tribe Called Quest | Bonita Applebum | PA0001099837 |
| 4. | Beastie Boys | Sabotage | PA0000721110 |
| 5. | Big Daddy Kane | Ain't No Half Steppin' | PA0000394387 |
| 6. | Big Sean | Marvin & Chardonnay | PA0001780731 |
| 7. | Bingo Players (featuring Far East Movement) | Get Up (Rattle) | PA0001838841 |
| 8. | Black Eyed Peas | Rock That Body | PA0001677813 |
| 9. | Black Eyed Peas | Imma Be | PA0001682852 |
| 10. | Black Sheep | The Choice is Yours | PA0000640292 |
| 11. | Buju Banton | Champion | PA0000782611 |
| 12. | Camp Lo | Luchini (aka This Is It) | PA0000867827 |
| 13. | Capleton | Tour | PA0000839723 |
| 14. | Chief Keef | I Don't Like | Pending |
| 15. | Chris Brown | Look At Me Now | PA0001750519 |
| 16. | Cypress Hill | Insane In The Brain | PA0000664235 |
| 17. | Daft Punk | Harder, Better, Stronger, Faster | PA0001045177 |
| 18. | Daft Punk | One More Time | PA0001041765 |
| 19. | D'Angelo | Lady | PA0000819024 |
| 20. | DJ Khaled | All I Do Is Win | PA0001699760 |
| 21. | DJ Shadow | Organ Donor | PA0001004174 |
| 22. | DMX | Ruff Ryder's Anthem | PA0000707220 |
| 23. | Enrique Iglesias | Tonight (I'm Lovin' You) | PA0001741337 |
| 24. | Eric Prydz | Call on Me | PA0001164974 |
| 25. | Erykah Badu | Bag Lady | PA0001015834 |
| 26. | Estelle | Do My Thing | PA0001808465 |
| 27. | Florence & The Machine | Spectrum | PA0001777619 |
| 28. | Florence & The Machine | Drumming | PA0001892793 |
| 29. | Flo-Rida | Get Low | PA0001825922 |
| 30. | Funky Four Plus One | That's the Joint | PA0000144091 |
| 31. | The Game | California Vacation | PA0001367048 |
| 32. | Gloria Estefan | 123 | PA0000326114 |
| 33. | Gloria Gaynor | I Will Survive | PA000047934 |
| 34. | Havana Brown | We Run The Night | Pending |
| 35. | Ice Cube | Check Yo Self | PA0000751852 |
| 36. | Ice Cube | This Is Los Angeles | PA1395900 |
| 37. | Joe Budden | Pump it Up | PA0001215976 |
| 38. | Jurassic 5 | What's Golden | PA0001845790 |

Page 1 of 3

Exhibit C
Musical Compositions

| No. | Artist | Song | Copyright Reg. No. |
|---|---|---|---|
| 39. | Kanye West | Mercy | Pending |
| 40. | Kanye West | Dark Fantasy | PA0001754241 |
| 41. | Keri Hilson | Pretty Girl Rock | PA0001784138 |
| 42. | Keyshia Cole | Let it Go | PA1395961 |
| 43. | Lil Wayne | No Worries | PA0001885790 |
| 44. | LL Cool J | Rock the Bells | PA0000344662 |
| 45. | LL Cool J | The Boomin' System | PA0000499307 |
| 46. | Lloyd Banks | Hands Up | PA0001368780 |
| 47. | LMFAO | Shots | PA0001691942 |
| 48. | M/A/R/R/S | Pump Up the Volume | PA0000343520 |
| 49. | Major Lazer | Watch Out For This (Bumaye) | PA0001855855 |
| 50. | Marvin Gaye | I Want You | EU0000488082 |
| 51. | Mary J. Blige | Real Love | Pending |
| 52. | Mary J. Blige | The One | PA0001728905 |
| 53. | Mase | Feel So Good | PA0000909077 |
| 54. | Meek Mill | Dreams and Nightmares | PA0001842300 |
| 55. | Method Man | Bring the Pain | PA0001241258 |
| 56. | Mims | This is Why I'm Hot | PA0001597373 |
| 57. | Mobb Deep | Shook Ones Pt. 1 | PA0000845849 |
| 58. | Modjo | Lady (Hear Me Tonight) | PA0001117474 |
| 59. | Montell Jordan | This is How We Do It | PA0000785625 |
| 60. | Nas | Hip Hop is Dead | PA1396143 |
| 61. | Nas | Dance | PA0001262447 |
| 62. | N.E.R.D. | Everyone Nose (All the Girls Standing in the Line for the Bathroom) | PA 0001600466 |
| 63. | Ol' Dirty Bastard | Shimmy Shimmy Ya | PA0000831894 |
| 64. | Onyx | Slam | PA0000693376 |
| 65. | Pliers | Bam, Bam | PA0000282547 |
| 66. | Public Enemy | Rebel Without A Pause | PA0000358093 |
| 67. | Rick Ross | Hustlin | PA0001334589 |
| 68. | Rob Base N Easy Rock | It Takes Two | PA0001146315 |
| 69. | Roscoe Dash | All the Way Turnt Up | PA0001831869 |
| 70. | Run DMC | It's Tricky | Pending |
| 71. | Run DMC | Jam-Master Jay | Pending |
| 72. | Showbiz & A.G. | Party Groove | PA0000554066 |
| 73. | Showbiz & A.G. | Soul Clap | PA0000961204 |
| 74. | Sidney Samson & Lil Jon | Mutate | Pending |
| 75. | Sir-Mix-A-Lot | Baby Got Back | PA0000594005 |

Page 2 of 3

Exhibit C
Musical Compositions

| No. | Artist | Song | Copyright Reg. No. |
|---|---|---|---|
| 76. | Sir-Mix-A-Lot | Buttermilk Biscuits (Keep on Square Dancin') | Pending |
| 77. | Sir-Mix-A-Lot | Possee on Broadway | Pending |
| 78. | Slick Rick | Children's Story | PA0000449656 |
| 79. | Swedish House Mafia | Antidote | PA0001832166 |
| 80. | Swedish House Mafia | Don't You Worry Child | PA0001832169 |
| 81. | Swedish House Mafia | Miami 2 Ibizia | Pending |
| 82. | Swizz Beatz | Everyday (Coolin') | Pending |
| 83. | Technotronic | Get Up (Before the Night is Over) | PA0001020356 |
| 84. | The Chemical Brothers | Block Rockin' Beats | PA0001284849 |
| 85. | The Roots | Sacrifice | PA0001163825 |
| 86. | Trick Daddy | Bet That | PA0001630667 |
| 87. | Wale | Pretty Girls | PA0001868370 |
| 88. | Whodini | Five Minutes of Funk | PA0000239440 |
| 89. | Wreckx-N-Effect | Rump Shaker | PA0000708852 |
| 90. | Wu Tang Clan | Gravel Pit | PA0001154953 |
| 91. | Wu Tang Clan | Protect Ya Neck | PA0000981217 |
| 92. | Wu Tang Clan | Triumph | PA0000860208 |
| 93. | Yelawolf (featuring Kid Rock) | Let's Roll | PA0001855574 |

Page 3 of 3

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| UMG RECORDINGS, INC., a Delaware corporation; CAPITOL RECORDS, LLC, a Delaware limited liability company; UNIVERSAL MUSIC CORP., a Delaware corporation; UNIVERSAL- POLYGRAM INTERNATIONAL PUBLISHING, INC., a Delaware corporation; UNIVERSAL – SONGS OF POLYGRAM INTERNATIONAL, INC., a Delaware corporation; SONGS OF UNIVERSAL, INC., a California corporation; UNIVERSAL MUSIC – Z TUNES LLC, a New York limited liability company; RONDOR MUSIC INTERNATIONAL, INC., a California corporation; UNIVERSAL MUSIC – MGB NA LLC, a California limited liability company; UNIVERSAL MUSICA, INC., a Florida corporation, | ) |
|---|---|
| *Plaintiff(s)* | ) |
| v. | ) |
| JE T'AIME LLC, a Georgia limited liability company; JE T'AIME MEDIA GROUP INC, a Georgia corporation; GTM, Inc., a Georgia corporation; and DOES 1 through 10. | ) |
| *Defendant(s)* | ) |

**LA** **CV 14  06613—AB (CWx)**

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   A. Sasha Frid
Miller Barondess, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, CA 90067

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:        08/22/2014

*Signature of Clerk or Deputy Clerk*

1164

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | | |
|---|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; CAPITOL RECORDS, LLC, a Delaware limited liability company; UNIVERSAL MUSIC CORP., a Delaware corporation; UNIVERSAL- POLYGRAM INTERNATIONAL PUBLISHING, INC., a Delaware corporation; UNIVERSAL – SONGS OF POLYGRAM INTERNATIONAL, INC., a Delaware corporation; SONGS OF UNIVERSAL, INC., a California corporation; UNIVERSAL MUSIC – Z TUNES LLC, a New York limited liability company; RONDOR MUSIC INTERNATIONAL, INC., a California corporation; UNIVERSAL MUSIC – MGB NA LLC, a California limited liability company; UNIVERSAL MUSICA, INC., a Florida corporation; | ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) | **LA  CV 14  06613-AB (CWx)** |
| v. | ) ) | Civil Action No. |
| JE T'AIME LLC, a Georgia limited liability company; JE T'AIME MEDIA GROUP INC, a Georgia corporation; GTM, Inc., a Georgia corporation; and DOES 1 through 10. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    A. Sasha Frid
Miller Barondess, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, CA 90067

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   _____08/22/2014_____          _____
*Signature of Clerk or Deputy Clerk*

1164

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself [ ] )

Please See Attachment A

**DEFENDANTS** ( Check box if you are representing yourself [ ] )

JE T'AIME LLC, a Georgia limited liability company; JE T'AIME MEDIA GROUP INC, a Georgia corporation; GTM, Inc., a Georgia corporation; and DOES 1 through 10.

**(b) County of Residence of First Listed Plaintiff** Los Angeles
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

**(c) Attorneys** *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information.

Miller Barondess, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, CA 90067
T (310) 552-4400; F (310) 552-8400

Attorneys *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information.

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

[ ] 1. U.S. Government Plaintiff

[X] 3. Federal Question (U.S. Government Not a Party)

[ ] 2. U.S. Government Defendant

[ ] 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business in this State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. ORIGIN** (Place an X in one box only.)

[X] 1. Original Proceeding
[ ] 2. Removed from State Court
[ ] 3. Remanded from Appellate Court
[ ] 4. Reinstated or Reopened
[ ] 5. Transferred from Another District (Specify)
[ ] 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** [X] Yes [ ] No  (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** [ ] Yes [X] No  [X] **MONEY DEMANDED IN COMPLAINT:** $ According to Proof

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| [ ] 375 False Claims Act | [ ] 110 Insurance | [ ] 240 Torts to Land | [ ] 462 Naturalization Application | **Habeas Corpus:** | [X] 820 Copyrights |
| [ ] 400 State Reapportionment | [ ] 120 Marine | [ ] 245 Tort Product Liability | [ ] 465 Other Immigration Actions | [ ] 463 Alien Detainee | [ ] 830 Patent |
| [ ] 410 Antitrust | [ ] 130 Miller Act | [ ] 290 All Other Real Property | | [ ] 510 Motions to Vacate Sentence | [ ] 840 Trademark |
| [ ] 430 Banks and Banking | [ ] 140 Negotiable Instrument | **TORTS** | **TORTS** | [ ] 530 General | **SOCIAL SECURITY** |
| [ ] 450 Commerce/ICC Rates/Etc. | [ ] 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | [ ] 535 Death Penalty | [ ] 861 HIA (1395ff) |
| [ ] 460 Deportation | | [ ] 310 Airplane | [ ] 370 Other Fraud | **Other:** | [ ] 862 Black Lung (923) |
| [ ] 470 Racketeer Influenced & Corrupt Org. | [ ] 151 Medicare Act | [ ] 315 Airplane Product Liability | [ ] 371 Truth in Lending | [ ] 540 Mandamus/Other | [ ] 863 DIWC/DIWW (405 (g)) |
| [ ] 480 Consumer Credit | [ ] 152 Recovery of Defaulted Student Loan (Excl. Vet.) | [ ] 320 Assault, Libel & Slander | [ ] 380 Other Personal Property Damage | [ ] 550 Civil Rights | [ ] 864 SSID Title XVI |
| [ ] 490 Cable/Sat TV | | [ ] 330 Fed. Employers' Liability | [ ] 385 Property Damage Product Liability | [ ] 555 Prison Condition | [ ] 865 RSI (405 (g)) |
| [ ] 850 Securities/Commodities/Exchange | [ ] 153 Recovery of Overpayment of Vet. Benefits | [ ] 340 Marine | **BANKRUPTCY** | [ ] 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| [ ] 890 Other Statutory Actions | [ ] 160 Stockholders' Suits | [ ] 345 Marine Product Liability | [ ] 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | [ ] 870 Taxes (U.S. Plaintiff or Defendant) |
| [ ] 891 Agricultural Acts | | [ ] 350 Motor Vehicle | [ ] 423 Withdrawal 28 USC 157 | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 871 IRS-Third Party 26 USC 7609 |
| [ ] 893 Environmental Matters | [ ] 190 Other Contract | [ ] 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | [ ] 690 Other | |
| [ ] 895 Freedom of Info. Act | [ ] 195 Contract Product Liability | [ ] 360 Other Personal Injury | [ ] 440 Other Civil Rights | **LABOR** | |
| [ ] 896 Arbitration | [ ] 196 Franchise | [ ] 362 Personal Injury-Med Malpractice | [ ] 441 Voting | [ ] 710 Fair Labor Standards Act | |
| | **REAL PROPERTY** | [ ] 365 Personal Injury-Product Liability | [ ] 442 Employment | [ ] 720 Labor/Mgmt. Relations | |
| [ ] 899 Admin. Procedures Act/Review of Appeal of Agency Decision | [ ] 210 Land Condemnation | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | [ ] 443 Housing/ Accommodations | [ ] 740 Railway Labor Act | |
| | [ ] 220 Foreclosure | | [ ] 445 American with Disabilities-Employment | [ ] 751 Family and Medical Leave Act | |
| [ ] 950 Constitutionality of State Statutes | [ ] 230 Rent Lease & Ejectment | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 446 American with Disabilities-Other | [ ] 790 Other Labor Litigation | |
| | | | [ ] 448 Education | [ ] 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:** Case Number: LA CV14 06613 -AB (CW(x)

CV-71 (06/14)                    CIVIL COVER SHEET                    Page 1 of 3

CONFORM

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII.   VENUE:** Your answers to the questions below will determine the division of the Court to which this case will be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

**QUESTION A: Was this case removed from state court?**
[ ] Yes   [X] No

If "no," skip to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there.

| STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|
| [ ] Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| [ ] Orange | Southern |
| [ ] Riverside or San Bernardino | Eastern |

**QUESTION B: Is the United States, or one of its agencies or employees, a PLAINTIFF in this action?**
[ ] Yes   [X] No

If "no," skip to Question C. If "yes," answer Question B.1, at right.

**B.1.** Do 50% or more of the defendants who reside in the district reside in Orange Co.?
*check one of the boxes to the right* ➡
- [ ] YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there.
- [ ] NO. Continue to Question B.2.

**B.2.** Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)
*check one of the boxes to the right* ➡
- [ ] YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there.
- [ ] NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there.

**QUESTION C: Is the United States, or one of its agencies or employees, a DEFENDANT in this action?**
[ ] Yes   [X] No

If "no," skip to Question D. If "yes," answer Question C.1, at right.

**C.1.** Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.?
*check one of the boxes to the right* ➡
- [ ] YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there.
- [ ] NO. Continue to Question C.2.

**C.2.** Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)
*check one of the boxes to the right* ➡
- [ ] YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there.
- [ ] NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there.

**QUESTION D: Location of plaintiffs and defendants?**

|  | **A.** Orange County | **B.** Riverside or San Bernardino County | **C.** Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | [ ] | [ ] | [X] |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | [ ] | [ ] | [ ] |

**D.1. Is there at least one answer in Column A?**
[ ] Yes   [X] No
If "yes," your case will initially be assigned to the SOUTHERN DIVISION.
Enter "Southern" in response to Question E, below, and continue from there.
If "no," go to question D2 to the right. ➡

**D.2. Is there at least one answer in Column B?**
[ ] Yes   [X] No
If "yes," your case will initially be assigned to the EASTERN DIVISION.
Enter "Eastern" in response to Question E, below.
If "no," your case will be assigned to the WESTERN DIVISION.
Enter "Western" in response to Question E, below. ⬇

**QUESTION E: Initial Division?**

| INITIAL DIVISION IN CACD |
|---|
| Enter the initial division determined by Question A, B, C, or D above: ➡  Western Division |

**QUESTION F: Northern Counties?**

Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties?   [ ] Yes   [X] No

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**IX(a). IDENTICAL CASES:** Has this action been previously filed **in this court**?    ☒ NO    ☐ YES

If yes, list case number(s):

**IX(b). RELATED CASES:** Is this case related (as defined below) to any cases previously filed **in this court**?    ☒ NO    ☐ YES

If yes, list case number(s):

Civil cases are related when they:

☐ A. Arise from the same or closely related transactions, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges.

Check all boxes that apply.  That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

**X. SIGNATURE OF ATTORNEY**
**(OR SELF-REPRESENTED LITIGANT):**                                   DATE:  08/22/2014

**Notice to Counsel/Parties:** The submission of this Civil Cover Sheet is required by Local Rule 3-1.  This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  For more detailed instructions, see separate instruction sheet (CV-071A).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended.  Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability.  (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |

Plaintiffs:

UMG RECORDINGS, INC., a Delaware corporation; CAPITOL RECORDS, LLC, a Delaware limited liability company; UNIVERSAL MUSIC CORP., a Delaware corporation; UNIVERSAL – POLYGRAM INTERNATIONAL PUBLISHING, INC., a Delaware corporation; UNIVERSAL – SONGS OF POLYGRAM INTERNATIONAL, INC., a Delaware corporation; SONGS OF UNIVERSAL, INC., a California corporation; UNIVERSAL MUSIC – Z TUNES LLC, a New York limited liability company; RONDOR MUSIC INTERNATIONAL, INC., a California corporation; UNIVERSAL MUSIC – MGB NA LLC, a California limited liability company; UNIVERSAL MUSICA, INC., a Florida corporation,

ATTACHMENT A

190706.1