A. SASHA FRID (State Bar No. 216800)
sfrid@millerbarondess.com
BENJAMIN A. GOLD (State Bar No. 267256)
bgold@millerbarondess.com
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone:  (310) 552-4400
Facsimile:   (310) 552-8400

Attorneys for Plaintiffs UMG Recordings, Inc.; Capitol Records, LLC; Universal Music Corp.; Universal – Polygram International Publishing, Inc.; Universal – Songs Of Polygram International, Inc.; Songs Of Universal, Inc.; Universal Music – Z Tunes LLC; Rondor Music International, Inc.; Universal Music – MGB NA LLC; Universal Musica, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; CAPITOL RECORDS, LLC, a Delaware limited liability company; UNIVERSAL MUSIC CORP., a Delaware corporation; UNIVERSAL – POLYGRAM INTERNATIONAL PUBLISHING, INC., a Delaware corporation; UNIVERSAL – SONGS OF POLYGRAM INTERNATIONAL, INC., a Delaware corporation; SONGS OF UNIVERSAL, INC., a California corporation; UNIVERSAL MUSIC – Z TUNES LLC, a New York limited liability company; RONDOR MUSIC INTERNATIONAL, INC., a California corporation; UNIVERSAL MUSIC – MGB NA LLC, a California limited liability company; UNIVERSAL MUSICA, INC., a Florida corporation,<br>　　　　Plaintiffs,<br>v.<br><br>JE T'AIME LLC, a Georgia limited liability company; JE T'AIME MEDIA GROUP INC, a Georgia corporation; GTM, Inc., a Georgia corporation; and DOES 1 through 10.<br>　　　　Defendants. | **CASE NO. 2:14 CV-06613**<br><br>*[Assigned to the Honorable Andre Birotte, Jr and Magistrate Judge Carla Woehrle]*<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT JE T'AIME MEDIA GROUP INC. PURSUANT TO FED. R. CIV. PRO. 41(a)(1)(A)**<br><br>Action Filed:　August 22, 2014<br>Trial Date:　　TBD |

**TO THE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs UMG Recordings, Inc.; Capitol Records, LLC; Universal Music Corp.; Universal – Polygram International Publishing, Inc.; Universal – Songs Of Polygram International, Inc.; Songs Of Universal, Inc.; Universal Music – Z Tunes LLC; Rondor Music International, Inc.; Universal Music – MGB NA LLC; and Universal Musica, Inc. ("Plaintiffs") hereby voluntarily dismiss Defendant Je T'aime Media Group Inc. without prejudice. Je T'aime Media Group Inc. has not served either an answer or a motion for summary judgment in the above-captioned case.

This dismissal does not in any way affect Plaintiffs' claims against the remaining defendants. None of the other defendants are dismissed and remain in the case.

DATED: August 29, 2014

Respectfully submitted,

MILLER BARONDESS, LLP

By: /s/ *A. Sasha Frid*
A. SASHA FRID
BENJAMIN A. GOLD
Attorneys for Plaintiffs UMG Recordings, Inc.; Capitol Records, LLC; Universal Music Corp.; Universal – Polygram International Publishing, Inc.; Universal – Songs Of Polygram International, Inc.; Songs Of Universal, Inc.; Universal Music – Z Tunes LLC; Rondor Music International, Inc.; Universal Music – MGB NA LLC; Universal Musica, Inc.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000 LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400 FAX: (310) 552-8400

1
NOTICE OF VOLUNTARY DISMISSAL

190971.1